PD-0593-15

AUSTIN, TEXAS

8 May 2015, Friday

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 14 2015
Abel Acosta, Clerk

Case No. _____

STYLED: Robert MARTINEZ, (Appellant)
vs.
STATE of TEXAS, (Appelle)

From the: Fourth Court of Appeals, San Antonio, Tx.
Case No. 04-14-00555-CR

From the: County Court at Law No 5, Bexar County, Tx.
Trial Court Case No. 307125

REQUEST PERMISSION TO APPEAL Fourth Court of Appeals ORDER dated Wednesday, March 4, 2015

TO THE HONORABLE COURT of CRIMINAL Appeals Justices:

I, Robert Martinez, hereinafter "Appellant" Request to file AN Appeal regarding the Fourth Court of Appeals ORDER dated Wednesday, March 4, 2015. (herein attached). Marked attachment 1.

1. Appellant is a United States Citizen of indigent status AND unable to hire counsel of his own choosing Appellant is not lawyer or ever formally trained in law. Appellant request he not be held to the strick standards the Courts require of lawyers.

A. Appellant will rely on the provisions of the of the 6th and 14th Amendments of the United States Constitution Also the parallel provisions of Vernon's Ann. Texas Const. Art. 1, §10 and Vernon's Ann. Texas C.C.P art 1.051.

B. Appellant asserts his right to be heard by himself, or by counsel or by both. Appellant will due diligence has made Notices to the Fourth Court of Appeals and the trial Court, County Court at Law No5, Bexar County, Texas of his desire to be heard. Appellant believes his right to be heard can under no circumstances be deprived. Vernon's Ann. St. Const. art I, §10.

2. Appellant has requested in Good Faith from the Courts to be advised of all important descions being made from the Courts and appointed Counsel. Appellant will show where he is continually Not been advised of OREDS and descion made by the Courts.

   A. Appellant on May 8, 2015 received

2

Fourth Court of Appeals, letter dated Monday, April 6, 2015 (herein attached and marked Attachement 2). Additionally, take Notice of Attachment No. 3 where I requested and paid $2.50 for the case page I received on May 8, 2015 (today). Appellant received the case page(s) 60 days after he began his over (10) ten time request for information regarding his case, over a year.

B. Appellant has never been advised by the Courts that indeed the courts have appointed him Counsel.

    1. Appellant on Dec. 18, 2014, was bench warranted from the Tx. Dept of Criminal Justice in Hidalgo County to Bexar County Adult Det. Center "BCADC" on a Dec. 19, 2014, Appellant was brought before the Honorable Jason Pulliman of the 5 County Court for Bexar County. Appellant attempted to explain to the Honorable Jason Pulliman of his desire to be heard. The Reports Record will show Honorable Jason Pulliman advising

3

Appellant that [He] Mr. Polliman was trying to assist Appellant and that Honorable Judge Jason Polliman, was trying to save the tax payers money. Appellant doe not beleve the United States Constitution and the Texas Constitution Allow for budget constraints to be the reason for the violations of Appellants protected rights. Honorable J. Polliman, advised Appellant as the record should show that the reason Appellant and the hearing at hand were being held was to appoint counsel to Appellant. When in fact counsel had already been appointed (see attachment No. 4)

Attachment 4 is a computer generated from the Bexar County Criminal Justice Information system dated 12-01-2014 by operator 31365 entitled Event log display. Appellant humbly request that these documents attachments be accepted and be made part of the record. Appellant humbly request that this Court take Notice of entry 057 of attachment No 4 to wit:

057 - 2502 11/2/2014 Def Attorney App. 1813450
  1    11/2/2014      CT03        10001

4

Appellant on Dec 19, 2014, made Notice to the Honorable Jason Pulliman that what he had just advised Appellant about trying to help me and importanly appointing counsel for Appellant was not true when in fact counsel had allready been appointed on 11·21·2014, Appellant was forced out of County Court No. 5 At Honorable Jason Pulliman ORDERS. Appellant immediately mailed for filing a letter motion apology to the Courts and Honorable Jason Pulliman and Appellant best to his ability explanation and desire to be heard. Appellant will attempt to better explain infra, in this document why his right to be heard is of great importance and necessary to properly addressed his filed Writs and his Amended Writs.

II. Appellant at the appropriate time and or the Courts ORDERS will provide over (25) twenty-five, client-Attorney privelge correspondence where he in Good Faith makes Notice of procedura due process violations,

5

the Access to Court violations, Appellants request and Need for assistance to amend his Writs, the Conflict of interest

II Appellant is indigent and choose an arbitrary dollar amount $2.50 and mailed such to the 4th Court of Appeals Clerk in hope of retriving case page. Appellant had mailed numerous request to be advised of important and all descion being made in his case for both the Trial Court and the 4th Court of Appeal. Appellant has sent self addressed stamped envelopes in hope of receiving requested documents. to No avail So Appellant just sent 2.50 A Number he choose out of the air. Appellant has Never been advised the cost of documents he has requested, Upon review of the case pages(s) Appellant has Now learned his appointed counsel has requested for (2) two extension. The first granted while the Second extension granted in part.

6

Appellant has not been advised why his counsels requested motion for extension to file (?) has been granted and denied in part. & more important what rights if any continue to be lost due to the non-communication of his appointed Counsel(s). Appellant with every means available and known to him has sought-out in Good Faith to make Notice of his Constitutional claims. The repeated Constitutional violations to Access the Courts, that continual to prejudice his case and legal standing to include lost and missing papers Appellant will discuss at length below within this document

Appellant sought the assistance of the Bexar County Appellate Public Defender's Office. Appellant received letter dated Jan. 12, 2015 with it's envelope herein attached see ~~exhib~~ attachment 5, Notice it is clear Michael D. Robbins, Assistant Public Defender position to wit: "BCAPDO"

... You have an attorney appointed on your writ, whether you like him or not. Therefore, I will not send you a copy of the D-page, or do

7

anything else to assist you, on the case on which you are represented. I cannot help you on your writ. Our office does not handle writs."

On April 16, 2015 Appellant received letter dated April 10, 2015 from Mr. Michael D. Robbins, Assistant Public Defender, "BCAPDO" see attachment 6. Where I am advised who my Attorney is Patrick Montgomery.

Appellant with every known method know to him and available to him continues to seek the protection of his Constitutional rights to include a fast and speedy, effectual Writ of Habeas Corpus and will continue to seek the assistance of his appointed counsel to assist to protect his right(s). Appellant has sought out the assistance of the State Bar of Texas, Client-Attorney Assistance Program Record No 669498. See attachment 7 "CAAP" is a program provide through the State Bar of Texas as a service to facilitate communications and foster productive dialogue. Notice Appellant on March 27, 2015, made his initial

8

letter of request to CAAP for assistance. At this writing Appellant has received not one single response from Mr. Montgomery, esq,. Appellant knows and believes the U.S. Constitution affordes inmates the right to counsel in Habeas proceedings and believes the courts appointed counsel(s) to assist appellant because Appellant writ of Habeas Corpus is not frivolous on Feb 4, 2014, Appellant asked Honorable Jason Pulliman if indeed he was not issuesing his writ because on its face value it was frivolous. Mr. Pulliman explained to Appellant he knew what Prima facia meant and that was not the reason but because he did not hold jurisdiction. And importantly that He (Mr. Pulliman) would send Appellant writ to the Honorable Maria Teresa Herr, 186th Judicial District. Appellant seek Judicial Notice that the presiding Judge for the 186th Judicial District Bexar County, hold/held jurisdiction in case No 2013-CR-6698. This Habeas Proceeding are collaterally attached in case No 2013-CR-6698.

9

Appellant will continue to seek this Court to invoke its jurisdiction and that it take Judicial Notice of Case No 2013-CR-6698, Bexar County, County Court at Law No.5 case No. 587693, and County Court at Law No.5 case No 319377, Bexar County, Texas.

Appellant humbly request if this Court cannot take any action and or hold no jurisdiction in these matters that he be given a copy of this paper to include the attachment. Appellant is an inmate and inmates are not allowed access to the Xerox machines. If this is not an option that he be advised of the exact dollar amount that is required to obtain a copy of this document with its attachment so he can figure-out some type of arrangement so he can pay for a copy of his papers.

3 Appellant will provide papers from the Bexar County clerk's office notifing appellant that papers cannot be located. These papers include Appellant First and Fourth Amended Writs which are and must be include for a proper reviewal of Appellant's Habeas Claims. These lost and missing papers are not limited to the aforementioned.

4. Appellant seeks to be heard with his counsel and that his Pro Se filing be accepted.

5. Appellant seek to review the record to determine if indeed what other papers are not included within the record that must be included.

6. Appellant on March 12, 2015 placed in the TDCJ' internal prison mailing system his
Notice of Appeal from Order dated!
Wednesday March 4, 2015
See attachment 8   hand copy

11

At the Need for redundancy please review AND include issues of Attachment 8 for this Courts Consideration. Attachment 8 is a (9 page) document.

7. Appellant Notes that from the onset of his Appeal such has been plagued with errors to include the date I made Notice of my Appeal. That Notice of Appeal was Not forwarded As required by state for over (6) six months. Yet the papers that were attached to the Notice of Appeal were And have been addressed by the Courts. I mailed for filing in one envelope (5) different documents. Request for Counsel, motion to Set, Notice of Appeal, Paupers Oath, Request for finding of fact And conclusion of law on Feb 7, 2014. Three days after my Feb. 4, 2014 hearing with Honorable J. Pulliman.

12

ON 08-04-2014, the courts file a subsequential Notice of Appeal. Yet All of Appellant intermediate filed papers are not properly addressed in violation of the code of criminal procedures. for these reason stated in this document and throughout Appellant Initial filed writ Dec. 19, 2013, Appellant seeks proper reviewal, that his papers be propally filed, Appellant prays these things And request this court to assist and correct As deemed Necessary by law

placed in the TDCJ interval prison mailing System on:
8 May 2014

Respectfully submitted,
In Hoc

Robert Martiner
TDCJID No 1931397
1203 EL Cibolo Rd
Edinburg Tx 78542

13

# UNSWORN Declaration by Inmate

I Robert Martinez, TDCJ ID No 1931397, being presently incarcerated w the Texas Dept. of Criminal Justice, Lopez State Jail, Hidalgo County Texas declare that the above and foregoing is true and correct to the best of my ability

Executed on: 8 May 2015







(P) 3-10-15

Attachment 1

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, March 4, 2015

No. 04-14-00555-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 307125
Honorable Jason K. Pulliam, Judge Presiding

## ORDER

On March 2, 2015, Appellant filed a pro se motion to inspect the appellate record. Appellant is already represented in this appeal by court-appointed counsel:

Patrick B. Montgomery
111 Soledad Street, Suite 300
San Antonio, Texas 78205
patmontgomery@gmail.com
210-225-8940
978-285-4664 (Fax)

Appellant does not have a right to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001). Appellant's pro se motion is DENIED.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said Court on this 4th day of March, 2015.

Keith E. Hottle
Clerk of Court





## COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

Monday, April 6, 2015

Nicolas A. Lahood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Patrick Barry Montgomery
Attorney At Law
111 Soledad Street, Suite 300
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Robert Martinez
TDCJ ID#1931397
Lopez State Jail
1203 El Cibolo
Edinburg, TX 78542

RE:   Court of Appeals Number:   04-14-00555-CR
      Trial Court Case Number:    307125
      Style:  Robert Martinez
              v.
              The State of Texas

Enclosed is a copy of the docket sheet in the above styled and numbered cause that you requested.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262

9 March 2015

Court of Appeals
Fourth Court of Appeals
CADENA-REEVES JUSTICE CENTER
300 Dolorosa, Suite 3200
San Anto, Tx 78205-3037

Bexar County Clerk
Attn: County Court No 5
100 Dolorosa
San Anto, Tx 78205

RE:

Court of Appeals No 04-14-00555-CR
Trial Cause Case No. 307125
Bexar County Court No. 5

Robert Martinez, Pro Se
TDCJ ID No. 1931347
BCADC SID No. 327074
Lopez State Jail
1203 EL Cibolo Rd.
Edinburg, Tx 78542

VIA U.S MAIL

Greetings:

Honorable 4th Court of Appeals Clerk:

Notice I've enclosed A $2.50 Inmate Trust Fund check. What, I Am requesting is a case page for the above captioned Appeal pending in your court. I have requested such numerous time And have been un-successful in obtaining such.

There exist are real need for a through review of

Page 1 of 3

of papers filed in your court. Of recent I requested in good faith and filed a Pro se motion to inspect the record (3-3-15) what I am requesting is the disposition

There exist serious filing problems to include arbitrary and capricious legal filing, (SEE exhibit A) To wit:
"I did not find a First Amended Application for writ Habeas Corpus filed with our office."

The Texas Rules of Appellate Procedure.

6.3. To whom Communications Sent
Any notice, copies of documents filed in an appellate court, or other communications must be sent to:

(a) each party's lead counsel on appeal
(b) a party's lead counsel in the trial court if:
  (1) that party was represented by counsel in the trial court;
  (2) lead counsel on appeal has not yet been designated for that party; and
  (3) lead counsel in the trial court has not filed a nonrepresentation notice or been allowed to withdraw.
(c) a party if the party is not represented by counsel

For close to one (1) year the requested Notice and all papers filed in your court. For close to one (1) year I've been forced to act as my own lawyer, yet not provided with papers the state and or court files in this case. Pursuant to 6.3(c) Tx Rules of Appellate Procedure I believe I am entitled to All copies of

Page 2 of 3

"all" papers filed. Due to the shown problem and the Access to Court violation I would believe my request for All papers filed to be justified

Notice. I've enclosed a file Stamp marked Certified copy of my First Amended Application which I mailed for filing in Feb 4, 2014. Such is file Stamp marked Nov. 17, 2014 over (9) nine months. delay. I am advised by the clerk's office to wit "Please note that we do not have an envelope for the First Amended Application for Writ of Habeas Corpus in the file dated Jan. 20, 2015

Honorable Clerk does the Appellate record include my filed Third Amended Application And the Fourth Amended Application...

Hence, for my request for my Good Faith Request to Review and inspect the record. With all the reported Access to Court violations, mail problems I believe I am more justified this request. To boot the clerk's Notices Advising me that they cannot locate papers

Please bring this request to the attention of the Courts, and mail me a docket sheet/case page or its equilavant. Thank you

In Hoc

cc: file

JN: 0170149     JURIS COURT: CR5     CASE NBR: 307125          R S    DOB      LOC
SID: 0327074  SUFF: 01 , NAME: MARTINEZ, ROBERT JR               L M 19640312

| CODE | DATE | DESCRIPTION | QUALIFIER | CNC | DATE | TERM | OPER |
|------|------|-------------|-----------|-----|------|------|------|
| 001 - 1015 | 10052007 | FILE RECD IN COURTARCHIVES | | 1 | 10052007 | CC7F | 30818 |
| 002 - 4346 | 09292010 | CC FILE MICROFILMDROLL #746 | | 1 | 09292010 | NATU | PCSAR |
| 003 - 4347 | 09292010 | CC FILE IMAGED | | 1 | 09292010 | NATU | PCSAR |
| 004 - 4200 | 12192013 | APPLICATION FOR | WRIT OF HABEAS | 1 | 10132014 | CC02 | 33797 |
| 005 - 4200 | 12192013 | CORPUS FILED | WRIT 2542 | 1 | 10132014 | CC02 | 33797 |
| 006 - 4200 | 02042014 | COURT CONDUCTED HABEAS PROCEEDING AND | | 1 | 04152014 | KM41 | 15330 |
| 007 - 4200 | 02042014 | DETERMINED THAT DEFENDANT/APPLICANT | | 1 | 04152014 | KM41 | 15330 |
| 008 - 4200 | 02042014 | IS NOT BEING HELD FOR ANY OFFENSE THAT | | 1 | 04152014 | KM41 | 15330 |
| 009 - 4200 | 02042014 | WOULD ALLOW FOR HABEAS RELIEF IN CC 5 | | 1 | 04152014 | KM41 | 15330 |
| 010 - 4200 | 02042014 | APPLICANT WAS RETURNED TO BEXAR COUNTY | | 1 | 04152014 | KM41 | 15330 |
| 011 - 4200 | 02042014 | JAIL. FURTHER PROCEEDINGS REGARDING | | 1 | 04152014 | KM41 | 15330 |
| 012 - 4200 | 02042014 | THE HABEAS ISSUE   MAY BE HAD W/COURT | | 1 | 04152014 | KM41 | 15330 |
| 013 - 4200 | 02042014 | OF COMPETENT JURISDICTION FOR WHICH | | 1 | 04152014 | KM41 | 15330 |
| 014 - 4200 | 02042014 | APPLICANT IS BEING HELD | | 1 | 04152014 | KM41 | 15330 |
| 015 - 0191 | 04152014 | CASE RE-OPENED | | 1 | 04152014 | KM41 | 15330 |
| 016 - 0199 | 04152014 | CASE CLOSED | | 1 | 04152014 | KM41 | 15330 |
| 017 - 0197 | 04152014 | *** JN CLOSED *** | | 1 | 04152014 | KM41 | 15330 |
| 018 - 0191 | 06242014 | CASE RE-OPENED | | 1 | 06242014 | CCBE | 36762 |
| 019 - 4200 | 06242014 | SECOND AMENDED   APPLICATION FOR | | 1 | 06242014 | CCBE | 36762 |
| 020 - 4200 | 06242014 | WRIT OF HABEAS   CORPUS PURSUANT | | 1 | 06242014 | CCBE | 36762 |
| 021 - 4200 | 06242014 | TO ARTICLE 11.072 OF THE TEXAS CODE OF | | 1 | 06242014 | CCBE | 36762 |
| 022 - 4200 | 06242014 | CRIMINAL PROCEDUREWRIT CAUSE 2565 | | 1 | 06242014 | CCBE | 36762 |
| 023 - 4200 | 07082014 | WRIT CASE 2565-ORDDENIED ON WRIT OF | | 1 | 07082014 | KM41 | 15330 |
| 024 - 4200 | 07082014 | HABEAS CORPUS | | 1 | 07082014 | KM41 | 15330 |
| 025 - 0199 | 07082014 | CASE CLOSED | | 1 | 07082014 | KM41 | 15330 |
| 026 - 4200 | 08052014 | NOTICE OF APPEAL   DENYING THE ISSUE | | 1 | 08062014 | KMC5 | 35618 |
| 027 - 4200 | 08052014 | WRIT PURSUANT    .....DENIED | | 1 | 08062014 | KMC5 | 35618 |
| 028 - 4200 | 08292014 | WRIT-2542 SENT TO 4TH CT OF APPEALS.IS | | 1 | 09222014 | CCB6 | 18455 |
| 029 - 4200 | 09222014 | DEF LETTER FILED | | 1 | 09222014 | KMC5 | 35618 |
| 030 - 4200 | 09222014 | REQUEST FOR FINDING OF FACT & | | 1 | 09222014 | KMC5 | 35618 |
| 031 - 4200 | 09222014 | CONCLUSIONS OF   LAW-REPEATED REQUEST | | 1 | 09222014 | KMC5 | 35618 |
| 032 - 4200 | 09302014 | FINDINGS OF FACT   AND CONCLUSIONS OF | | 1 | 09302014 | KMC5 | 35618 |
| 033 - 4200 | 09302014 | LAW | | 1 | 09302014 | KMC5 | 35618 |
| 034 - 4200 | 10012014 | PETITION FOR WRIT OF MANDAMUS | | 1 | 10012014 | KMC5 | 35618 |
| 035 - 4200 | 10012014 | APPLICATION FOR   LEAVE TO FILE WRIT | | 1 | 10012014 | KMC5 | 35618 |
| 036 - 4200 | 10012014 | OF MANDAMUS | | 1 | 10012014 | KMC5 | 35618 |
| 037 - 4200 | 10012014 | UNSWORN DECLARATION BY INMATE | | 1 | 10012014 | KMC5 | 35618 |
| 038 - 0540 | 10022014 | OPINION RECEIVED | | 1 | 10022014 | CCBB | 35618 |
| 039 - 0527 | 10022014 | SUPPL SENT 4TH CT | | 1 | 10022014 | CC6M | 31573 |
| 040 - 4200 | 10162014 | 5TH RQST DESIGNATION OF MATTERS TO BE | | 1 | 10162014 | KMC5 | 35618 |
| 041 - 4200 | 10162014 | INCLUDED W/ THE CLERKS RECORD ON | | 1 | 10162014 | KMC5 | 35618 |
| 042 - 4200 | 10162014 | APPEAL | | 1 | 10162014 | KMC5 | 35618 |
| 043 - 4200 | 10162014 | 5TH RQST OR   PREPARATION OF | | 1 | 10162014 | KMC5 | 35618 |
| 044 - 4200 | 10162014 | REPORTERS RECORD   AND DESIGNATION | | 1 | 10162014 | KMC5 | 35618 |
| 045 - 4200 | 10162014 | OF MATTERS TO BE   INCLUDED | | 1 | 10162014 | KMC5 | 35618 |
| 046 - 4200 | 10162014 | UNSWORN DECLORATION BY INMATE | | 1 | 10162014 | KMC5 | 35618 |
| 047 - 4200 | 10242014 | DEF LETTER   REQUESTING COPIES | | 1 | 10272014 | KMC5 | 35618 |
| 048 - 4200 | 11132014 | APELLANTS RQST FORA THOROUGH SEARCH | | 1 | 11132014 | KMC5 | 35618 |
| 049 - 4200 | 11132014 | OF HIS LEGAL PAPERS FILED BOTH IN | | 1 | 11132014 | KMC5 | 35618 |
| 050 - 4200 | 11132014 | 4TH COURT OF   APPEALS AND BEXAR | | 1 | 11132014 | KMC5 | 35618 |
| 051 - 4200 | 11132014 | COUNTY CLERKS   OFFICES | | 1 | 11132014 | KMC5 | 35618 |
| 052 - 4200 | 11172014 | DEF LETTER FILED- FIRST AMENDED APP. | | 1 | 11172014 | KMC5 | 35618 |
| 053 - 4200 | 11172014 | FOR WRIT OF HABEASCORPUS PURSUANT TO | | 1 | 11172014 | KMC5 | 35618 |
| 054 - 4200 | 11172014 | ART 11.072 OF THE TCCP | | 1 | 11172014 | KMC5 | 35618 |
| 055 - 4200 | 11172014 | PROSE AFFIRMATIVE WRITTEN OBJECTION | | 1 | 11172014 | KMC5 | 35618 |
| 056 - 4200 | 11172014 | ENTERD CLERKS   RECORDS 8-29-14 | | 1 | 11172014 | KMC5 | 35618 |
| 057 - 2502 | 11212014 | DEF ATTORNEY APP   18134500 | | 1 | 11212014 | CT03 | 10001 |

= Iron Cesium Sulfide

```
058 - 4302 11212014 ATTORNEY APPOINTEDV000P0000        1 11212014 CT03 10001
059 - 0191 11212014 CASE RE-OPENED                      1 11212014 KMN6 18455
060 - 2021 (12082014) HEARING DATE SET                  1 11212014 CY05 10001
               ***** END OF LIST *****
```

Ⓡ ⅰ-ⅰ5

Attachment 5



# Bexar County Appellate Public Defender's Office
**101 W. Nueva Street ◆ Paul Elizondo Tower – Suite 310 ◆ San Antonio, TX 78205-3440**
**Phone: (210) 335-0701 ◆ Fax: (210) 335-0707**

January 12, 2015

Mr. Robert Martinez, Jr.
SID #327074
200 N. Comal St.
San Antonio, Texas 78207

Dear Mr. Martinez:

Your letter of January 6 has come to hand. You have an attorney appointed on your writ, whether you like him or not. Therefore, I will not send you a copy of the D-page, or do anything else to assist you, on the case on which you are represented. I cannot help you on your writ. Our office does not handle writs.

Sincerely yours,

MICHAEL D. ROBBINS
Assistant Public Defender

/mdr



BEXAR COUNTY
APPELLATE PUBLIC DEFENDERS OFFICE
Paul Elizondo Tower • 101 W. Nueva • Suite 310
San Antonio, Texas 78205

RETURN SERVICE REQUESTED




neopost
01/12/2015
$000.40
FIRST-CLASS MAIL
AUTO
ZIP 78205
041M12250025

Mr. Robert Martinez, Jr.
SID #327074
200 N. Comal St.
San Antonio, Texas 78207

25335958I 244 JRCTW3F 78207

@ 4-16-15



**Bexar County Appellate Public Defender's Office**
101 W. Nueva Street ♦ Paul Elizondo Tower – Suite 310 ♦ San Antonio, TX 78205-3440
Phone: (210) 335-0701 ♦ Fax: (210) 335-0707

*Attachment 6*

April 10, 2015

Mr. Robert Martinez, Jr. (#01931397)
Lopez State Jail
1203 El Cibolo Rd.
Edinburg, Texas 78542

Dear Mr. Martinez:

     Your letter of March 3 is received. You attorney is Patrick Montgomery, 111 Soledad St., Suite 300, San Antonio, Texas 78205. Please direct all correspondence to him rather than me.

Sincerely yours,

MICHAEL D. ROBBINS
Assistant Public Defender

/mdr

FIRST-CLASS MAIL
AUTO

neopost
04/10/2015

US POSTAGE
$00.40

ZIP 78205
041L12202049

**BEXAR COUNTY**
**APPELLATE PUBLIC DEFENDERS OFFICE**
101 W NUEVA STREET STE 310
SAN ANTONIO TX 78205



RETURN
SERVICE
REQUESTED

Mr. Robert Martinez, Jr. (#01931397)
Lopez State Jail
1203 El Cibolo Rd.
Edinburg, Texas 78542

241485 12 BRCT\43F 78542

@ 57/6

| From: | CAAP on behalf of Mail CAAP |
|---|---|
| Sent: | Monday, May 04, 2015 3:03 PM |
| To: | |
| Subject: | State Bar of Texas Client-Attorney Assistance Program Record #669498 |

*Attachment 7*

May 4, 2015

Mr. Patrick B. Montgomery
State Bar of Texas Bar Card #14295350

Dear Mr. Montgomery:

Your client, Mr. Robert Martinez, has again contacted the Client-Attorney Assistance Program (CAAP) concerning your representation. CAAP is a statewide confidential dispute resolution program of the State Bar of Texas whose objective is to facilitate communication and foster productive dialogue to assist Texas lawyers and their clients in resolving minor concerns impacting the Attorney-Client relationship. In most cases, CAAP is able to help resolve problems that if neglected may become a grievance.

On March 27, 2015, CAAP sent an initial letter to your preferred mailing address as listed with the State Bar of Texas Membership Department: 111 Soledad St. Ste. 300 San Antonio, TX 78205. To date, neither CAAP nor your client has received a response. Please contact your client to address his concerns:

Mr. Robert Martinez #1931397
1203 El Cibolo Rd.
Edinburg, TX 78542

When responding, please advise CAAP that you have done so. If I can be of further assistance in resolving this issue, please contact me at (800) 204-2222 ext. 1777. Additionally, if your contact information is incorrect, please update it with the State Bar of Texas Membership Department at (800) 204-2222 ext. 1383 or memmail@texasbar.com.

Kind regards,

*Jessica A. Bergeman*



*Jessica A. Bergeman, J.D.*
*Program Director*
*Client-Attorney Assistance Program*
*State Bar of Texas, Texas Law Center*
*P.O. Box 12487, Capital Station*
*Austin, Texas 78711-2487*
*(800) 204-2222 ext. 1777*
*(512) 427-4122 fax*

This e-mail transmission and any attachments to it contains information from the Client-Attorney Assistance Program of the State Bar of Texas, which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying,

distribution or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify me by telephone or return e-mail immediately so that I can arrange for the deletion of the information and destruction of any copies that have been made at no cost to you.

**STATE BAR OF TEXAS**
P.O. Box 12487, Austin, Texas 78711-2487



1960

5-7-15

141-0-33

CONFIDENTIAL
LEGAL MAIL

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001360192 MAY 04 2015

$ 000.69⁰

Mr. Robert Martinez #1931397
1203 El Cibolo Rd.
Edinburg, TX 78542

12 March 2015

Fourth Court of Appeals
CADENA-REEVES Justice Center
300 Dolorosa
San Anto, Tx 78205

County Court at Law No. 5
100 Dolorosa
San Anto., Tx 78205

Attachment B

True And Correct — COPY —

RE: "Notice of Appeal from Order dated: Wednesday. March 4, 2015"

Court of Appeal No. 04-14-0555-CR
Trial Court Case No. 307125
Bexar County Court at Law No. 5

Robert Martinez, Pro Se
TDCJ ID No. 1931397
1203 EL Cibolo Rd.
Edinburg, Tx 78542

VIA U.S. First Class MAIL

Greetings:

PLEASE ALLOW THIS TO SERVE AS NOTICE OF APPEAL FROM ORDER DATED Wed., March 4, 2015

TO WIT:

ORDER

On March 2, 2015, Appellant filed a pro se motion to inspect the appellate record. Appellant is already represented in this appeal by court-appointed counsel:

Patrick B. Montgomery
111 Soledad street, Suite 300
San Antonio, Texas 78205
patmontgomery@gmail.com
(210) 225-8940
978-285-4664 (FAX)

Appellant does not have a right to hybrid representation SEE Ex parte Taylor, 36 S.W. 3d 883, 887 (Tex. Crim. App. 2001).

Appellant's pro se motion is `DENIED

I am a United States Citizen of indigent status unable to hire counsel of my choosing.

On Dec. 13, 2013, I hereinafter "Appellant", filed my Orginal writ of Habeas Corpus pursuant to Article 11.072 of the Texas Code of Criminal Procedures.

On March 10, 2015, I was ordered to the Tx. Dept. of Criminal Justice, Lopez State Jail, mailroom, see exhibit A, On 3-10-15 I received the Fourth Court of Appeals, ORDER, which in fact is the first official Notice, that indeed the Courts have appointed counsel.

Appellant has in Good Faith repeatedly request to be given Notice of important descision being made in his case, the Courts have repeatedly failed to give Notice, in violation of the Texas Code of Criminal Procedures.

AT THIS WRITING APPELLANT HAS NOT BEEN CONTACTED BY ATTORNEY PATRICK B. MONTGOMERY

APPELLANT FILES THIS NOTICE OF APPEAL AND BELIEVES HE HAS GOOD CAUSE FOR THIS HONORABLE COURT TO ADOPT ALL THE MOTIONS ON FILE PRESENTED BY PRO SE APPELLANT

2

APPELLANT HUMBLY REQUEST THIS HONORABLE COURT TAKE JUDICIAL NOTICE OF CASE No. 2013-CR-6698, IN THE 186th JUDICIAL DISTRICT, BEXAR COUNTY, TX. D.W.7 - 3rd or more.

ON Feb. 4, 2014, APPELLANT, WAS ORDERED AT 3:00 A.m THAT HE WAS ORDERED TO COURT APPELLANT WAS NOT GIVEN NOTICE OF HEARING OF Feb. 4, 2014 THE HONORABLE PRESIDING JUDGE JASON Pulliman Appellant made Notice to the Court that he was not advised of said hearing And importantly did not bring papers he sought to present to the courts, Appellant did not bring his seeing-eye glasses, Appellant made Notice to the courts on Feb 4, 2014 of his objection to the hearing THE Honorable Judge continued with the hearing. Appellant requested that the hand restraints be loosen or removed the buliff, advised the courts he would not. When Appellant sought to introduce papers, and advised the Courts, that indeed he believe was was being transpored to the courts, for a bond Reduction on case no. 2013-CR-6698, afore-mentioned and did not bring his file, the Honorable Presiding Judge Jason Pulliman, ORDERED the State to hand

3

over the State's file to Appellant. Appellant placed file on counter in front of the Hon. Judge bench and began to attempt to navigate the state's file. Appellant again requested that hand restraints be made loosen or removed so Appellant can navigate file and importantly compile with the Hon. Presiding Judge request that I produce certain documents. The baliff again flat-out said No. Additionally A court member yelled across the court room that I do not lean on the counter. I believe that indeed if I ever yelled in that manner I would have been tossed-out.

It is clear Appellant has worked as his own Counsel for over (1) one year. Appellant believes it is a Fundamental rights violation, that his pleading motions, request, Notices, petitions, papers filed for consideration and ruling now be ignored.

Appellant with every Know means available to him has sought the Courts assistance because he believe he is entitled to the relief he seeks.

4

Appellant has made Notice of the serious arbitrary and capricious filing missing papers and at this writing has not found relief or correction if indeed such can be corrected.

Appellant has filed in Good faith to the best of his ability for papers, to include the Reporter's Record the clerk's record, without assistance from the courts.

Appellant cannot believe the courts are what jailhouse lawyer's term not inmate friendly. Appellant must believe the Hon. Court seek what is JUST. and are not out to Kill meritorieos claims.

Appellant on Feb. 7, 2014, filed an Appeal from AN ORDER, Appellant believes the ORDER is Contratry to law, Appellant believes the Courts Abused its discretion, Appellant showed the 4th Court of Appeals that indeed the County Court No. 5 holds Jurisdiction. Importantly Appellant requested counsel over (1) one year ago the Courts made Notice that papers could not be located.

5

Appellant has filed numerous papers and seeks them to be addressed and ruled upon.

Appellant has been appointed counsel Now on (2) two occassion. Yet at this writing Neither one of the appointed counsels have contacted Appellant. There exist serious Habeas claims that must be included And points outside of the record that must be brought to the attention of the Courts.

Appellant believes a second hearing was held, again without him being given Notice, or even the ruling. Appellant requested Certified copies of a file, where upon he Notice, that indeed a second hearing had been held, without his Knowledge. Appellant, cannot believe the courts with evil intent, and malicious intent have sought to dismiss, Appellant claims.

On said second hearing the courts once again abused the discretion of the courts And ruled that Appellant filed second Amended Application was not filed pursuant to the Texas Code of Criminal procedures and that Appellant was not on community Supervision when

6

Appellant filed his writ. Appellant has repeatedly show the courts, over and over and again that the statues In fact read, or have been, on community supervision Appellant has not found relief or a proper roling.

Importantly Appellant made Notice that indeed the Courts had skipped Appellant First Amended Application And ruled on his Second Amended Application clearly a due process violation. Appellant has show to the Courts where indeed the clerk's office, conceeds they cannot located Appellant's First Amended Application the envelope the U.S. Federal posttal mail system delievered such.

It is clear serious filing problem exist, missing paper. Appellant has request in Good faith the Courts assistance in correcting these problem without success. Appellant has requested that a throuogh search be made for his papers and will continue to seek proper fair and equal access to the Courts.

Appellant has show serious Access to Court violations that include his LAW library Writ Room Access, that

7

drive to Appellant Constitutional rights to file, redress the courts. Appellant seeks the courts assistance and that his papers filed over a one year paper be heard and made part of the record.

Appellant has made repeated Notice that the Serious Access to Court violations have impeaded his filing of his Writ of Habeas Corpus on 2013-CR-6698, And both County Court At LAW No 5, misdermeanors. The record will show my repeated Notices in great detail, at length, without the courts assistance. Appellant's wability to secure papers for this Honorable Court, denied papers, Ignored, etera...

Appellant of recent submitted admonishment certified papers And cannot make sure, without a doubt, if indeed the Courts, have received such, or considered, very important documents.

Appellant states aforementioned issues, problems are not limited and seeks assistance from the courts.

8

Appellant files these papers because he believes he is entitled to the relief he seeks. Appellant prays these things

12 March 2015

UNSWORN Declaration By Inmate

I, Robert Martinez, TDCJ ID No 1931397, BCADC SID No 327074, being presently incarcerated in the Texas Dept. of Criminal Justice, Lopez State Jail, Hidalgo County Texas, declare under penalty of perjury that the above and foregoing is true and correct to the best of my ability

12 March 2015

Placed in the Lopez State Jail Internal prision mailing system, first class postage pre paid on

12 March 2015



9.